No. 82–6232.   HEREFORD v. BRITTAIN, 460 U. S. 1089;
No. 82–6249.   VELILLA v. UTC/HAMILTON STANDARD
DIVISION ET AL., 460 U. S. 1076;
No. 82–6314.   THOMPSON v. WOODS ET AL., 461 U. S. 907;
No. 82–6431.   WHAM v. UNITED STATES, 460 U. S. 1093;
and
No. 82–6438.   WADE v. UNITED STATES, 461 U. S. 909.
Petitions for rehearing denied.

No. 82–277.   SCHWIMMER, DBA SUPERSONIC ELECTRON-
ICS CO. v. SONY CORPORATION OF AMERICA, 459 U. S. 1007
and 1189.   Motion for leave to file second petition for rehear-
ing denied.

No. 82–1419.   HAYES v. SUPREME COURT JUSTICES OF
NEVADA, 460 U. S. 1085.   Petition for rehearing and for
other relief denied.

JUNE 13, 1983

No. 82–1701.   SCHULZ v. ROCKWELL MANUFACTURING
CO.   Appeal from App. Ct. Ill., 2d Dist., dismissed for want
of jurisdiction.   Treating the papers whereon the appeal was
taken as a petition for writ of certiorari, certiorari denied.

No. 82–6587.   BOYDEN v. CALIFORNIA.   Appeal from Ct.
App. Cal., 2d App. Dist., dismissed for want of jurisdiction.
Treating the papers whereon the appeal was taken as a peti-
tion for writ of certiorari, certiorari denied.

No. 82–1708.   JOHNSON v. TEXAS.   Appeal from Ct. App.
Tex., 2d Sup. Jud. Dist., dismissed for want of substantial
federal question.

No. 82–1714.   ANGEL ET AL. v. RENN ET AL.   Appeal
from Ct. App. Cal., 4th App. Dist., dismissed for want of
substantial federal question.

No. 82–1727.   RICKMAN v. GEORGIA.   Appeal from Ct.
App. Ga. dismissed for want of substantial federal question.